Done this *1st day of December, 1947*.

Chief Justice, HUGH ADAIR,
Associate Justice, I. W. CHÓATE,
Associate Justice, FRED L. GIBSON,
Associate Justice, ALBERT H. ANGSTMAN,
Associate Justice, LEE METCALF.

Attorneys for Relator, *Messrs. Greenan* and *Manion* of Great Falls.

No. 8797. STATE OF MONTANA ex rel. MABEL BENSON on behalf of GORDON BENSON, PETITIONER, *v.* DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the COUNTY OF SHERIDAN, RESPONDENT.

It is ordered that the application for writ of mandate be and the same is hereby denied.

Done this *6th day of December, 1947*.

Chief Justice, HUGH ADAIR,
Associate Justice, I. W. CHOATE.
Associate Justice, FRED L. GIBSON.

Attorneys for Relator, *Messrs. Slattery* and *Dempsey* of Great Falls.

No. 8798. IN THE MATTER OF THE APPLICATION OF CHARLES CALDWELL.

It is ordered that the application for writ of prohibition be and the same is hereby denied.

Done this *6th day of December, 1947*.

Chief Justice, HUGH ADAIR.
Associate Justice, FRED L. GIBSON,
Associate Justice, ALBERT H. ANGSTMAN,
Associate Justice, I. W. CHOATE,
Associate Justice, LEE METCALF.

For Relator, *Charles Caldwell*, PRO. SE.